**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Arne Ray Renfro v. The State of Texas

Appellate case number:    01-21-00292-CR

Trial court case number:  90032-CR

Trial court:    412th District Court of Brazoria County

Date motion filed:    January 3, 2023

Party filing motion:    Appellant


Arne Ray Renfro, Appellant, moved to obtain a free copy of the record in his case. It is ordered that Renfro's motion is **denied** as moot.


Judge's signature: _____/s/ Sarah Beth Landau_____
                              Acting individually


Date:  _January 24, 2023_____